IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH SLOTCAVAGE,<br>   Plaintiff, | )<br>)<br>) C.A. No. 23-325 Erie<br>) |
| v. | ) District Judge Susan Paradise Baxter<br>) Chief Magistrate Judge Richard A. Lanzillo |
| WELLPATH HEALTHCARE, et al.,<br>   Defendants. | )<br>) |

## **MEMORANDUM ORDER**

  Plaintiff Keith Slotcavage, an inmate incarcerated at the State Correctional Institution at Forest in Marienville, Pennsylvania ("SCI-Forest"), initiated this *pro se* civil rights action on November 17, 2023, by lodging a complaint without paying the filing fee or submitting a motion to proceed *in forma pauperis* ("ifp motion") [ECF No. 1]. The matter was referred to Chief United States Magistrate Judge Richard A. Lanzillo for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

  Plaintiff subsequently filed an ifp motion on December 1, 2023 [ECF No. 3], which was denied without prejudice [ECF No. 6]. Plaintiff filed a second ifp motion on April 9, 2024 [ECF No. 9]. This ifp motion was ultimately granted on November 12, 2024 [ECF No. 13], at which time Plaintiff's complaint was docketed. [ECF No. 14].

  On August 26, 2024, before the complaint was docketed, Chief Magistrate Judge Lanzillo issued an Order pursuant to the Court's screening provisions under 28 U.S.C. § 1915(e), directing Plaintiff to file an amended complaint by September 27, 2024, because the original

complaint lodged with the Court failed to state the personal involvement of either of the two Defendants named in the caption of the complaint: Wellpath Healthcare and Jana Smith, identified as the "Registered Nurse Supervisor." [ECF No. 11].[1] Plaintiff failed to file an amended complaint as directed.

As a result, in conjunction with the docketing of the complaint, Judge Lanzillo issued an Order requiring Plaintiff to show cause for his failure to file an amended complaint and/or to file the amendment by December 6, 2024 [ECF No. 12]; however, this case was subsequently stayed by Order dated November 18, 2024, due to Wellpath's filing for relief under Chapter 11 of the United States Bankruptcy Code [ECF No. 16].

On June 2, 2025, Chief Magistrate Judge Lanzillo issued an Order lifting the stay and directing Plaintiff to file the previously required amended complaint by June 23, 2025. [ECF No. 19]. Once again, Plaintiff failed to file an amended complaint in compliance with Judge Lanzillo's Order.

On July 14, 2025, Judge Lanzillo issued a Report and Recommendation ("R&R"), recommending dismissal of this case, with prejudice, under the screening provisions of 28 U.S.C. § 1915(e) for failure to state a claim upon which relief may be granted, or in the alternative, for dismissal, without prejudice, for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) [ECF No. 20]. Objections to the R&R were due to be filed by July 31, 2025;

---

[1] The complaint alleges that Plaintiff injured his arm and shoulder while shoveling snow at SCI-Forest on March 1, 2022, for which he received x-rays, physical therapy and painkillers, which did not alleviate the pain. Approximately fifteen months later, an unidentified nurse informed him that he had a torn bicep muscle, for which he was referred to Warren General Hospital, where a physician allegedly informed him that the tendon of his bicep had fused in place and that the injury should have been operated on shortly after it occurred. [ECF No. 14]. Neither of the Defendants is mentioned anywhere in the body of the complaint, and no allegations are specified against either of them.

however, no timely objections have been received by the Court.

Thus, after *de novo* review of the documents in this case, together with the report and recommendation, the following order is entered:

AND NOW, this 5th day of August, 2025;

IT IS HEREBY ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued July 14, 2025 [ECF No. 20], is declined insofar as it recommends that this case be dismissed, with prejudice, for failure to state a claim under 28 U.S.C. § 1915(e), as this Court finds that Plaintiff's allegations may plausibly state an Eighth Amendment claim; however, the R&R is adopted insofar as this case is DISMISSED, without prejudice, for Plaintiff's failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

The Clerk is directed to mark this case CLOSED.

SUSAN PARADISE BAXTER
United States District Judge

cc: The Honorable Richard A. Lanzillo
Chief United States Magistrate Judge

All parties of record